Calvin GARRETT, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBA-
TION AND PAROLE; John Kerestes,
Superintendent of SCI Mahanoy; Kris
D. Calkins, RS2 Records Dept. of SCI
Mahanoy; Pennsylvania Department
of Corrections, Appellees.**

Supreme Court of Pennsylvania.

Feb. 19, 2013.

Calvin Garrett, Frackville, PA, pro se.

Jason Anthony Lambrino, Harrisburg, PA, for Pennsylvania Board of Probation and Parole.

Debra S. Rand, PA Department of Corrections, Mechanicsburg, PA, for Kris D. Calkins, Department of Corrections, and John Kerestes.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the Order of the Commonwealth Court is **AFFIRMED.**